CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

DEC 24 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JANET MOORE, for A. P. a minor child, | ) ) ) |
| Plaintiff, | ) Civil Action No. 7:07CV00411 |
| v. | ) **FINAL ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) By: Samuel G. Wilson ) United States District Judge |
| Defendant. | ) |

This case is before the court on the objection of plaintiff, Janet Moore, to the Magistrate Judge's report setting forth proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B). The court has reviewed the administrative record, the Magistrate Judge's report, and plaintiff's objections to that report. The court has reviewed the administrative record, the Magistrate Judge's report, and plaintiff's objections to that report, and the court concludes that the Magistrate Judge's recommendation is correct and adopts that recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **AFFIRMED** granting the Commissioner's motion for summary judgment, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This December 24, 2008.

_____
UNITED STATES DISTRICT JUDGE